ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| VLOX, LLC | ) | ASBCA No. 58160 |
| | ) | |
| Under Contract No. W91B4N-09-D-5005 | ) | |

APPEARANCE FOR THE APPELLANT:  Joseph A. Artabane, Esq.
　　Artabane & Belden, P.C.
　　Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
　　Army Chief Trial Attorney
　　Stephanie B. Magnell, Esq.
　　Trial Attorney

ORDER OF DISMISSAL

This appeal has been settled. Upon receipt of the settled amount, the appellant has moved for dismissal of the appeal with prejudice. Appellant's motion is granted. Accordingly, this appeal is dismissed with prejudice.

Dated: 19 November 2014

PETER D. TING
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58160, Appeal of VLOX, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals